IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 10-cv-02405-CMA

JOHN WOLCOTT,
ROXANA WOLCOTT, and
WOLCOTT, LLC, a Colorado limited liability company,

    Plaintiffs,

v.

GARY DENNING, an individual,
BRETT CURFMAN, an individual, and
LAWRENCE DANNY MOORE, an individual,

    Defendants.

## ORDER OF RECUSAL

This matter is before me on a review of the file. Based on my past professional relationship with Defendants' counsel, I believe that I should recuse myself. It is, therefore,

ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

DATED: October 6, 2010

                BY THE COURT:

                _____
                CHRISTINE M. ARGUELLO
                United States District Judge