IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–02405–REB–KMT

JOHN WOLCOTT,
ROXANNA WOLCOTT, and
WOLCOTT, LLC, a Colorado Limited Liability Company,

    Plaintiffs,

v.

GARY DENNING, an individual,
BRETT CURFMAN, an individual, and
LAWRENCE DANNY MOORE, an individual,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Defendants' "Unopposed Motion to Vacate and Reset Settlement Conference and Trial and to Extend Discovery and Dispositive Motions Deadlines" (Doc. No. 31, filed February 9, 2011) is GRANTED in part. The Settlement Conference set for April 8, 2011, is VACATED and RESET to May 18, 2011 at 1:30 p.m. The deadline for affirmative expert disclosures is extended to June 10, 2011, and the deadline for rebuttal expert disclosures is extended to July 11, 2011. The discovery cutoff is extended to August 10, 2011. The dispositive motions deadline is extended to September 1, 2011. The Final Pretrial Conference set for September 8, 2011, is VACATED and RESET to September 29, 2011 at 10:00 a.m.

This court is unable to vacate or reset the trial preparation conference or trial set before Judge Robert E. Blackburn, and, therefore, these dates are extended with the expectation that the trial date will remain set for October 31, 2011. To the extent Defendants still wish to continue the trial preparation conference and trial, they are instructed to file another motion to be considered by Judge Blackburn.

Dated: February 10, 2011