**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-02405-REB-KMT

JOHN WOLCOTT,
ROXANNA WOLCOTT, and
WOLCOTT, LLC, a Colorado limited liability company,

     Plaintiffs,

v.

GARY DENNING, an individual,
BRETT CURFMAN, an individual, and
LAWRENCE DANNY MOORE, an individual,

     Defendants.

---

**MINUTE ORDER**[1]

---

     The matter is before the court on the **Unopposed Motion To Vacate and Reset Trial Preparation Conference and Trial** [#34] filed February 11, 2011. After reviewing the motion and the file, including Magistrate Judge Tafoya's **Minute Order** [#33] entered February 10, 2011, granting the motion to extend the pretrial deadlines, the court has concluded that the motion to vacate should be granted.

     **THEREFORE, IT IS ORDERED** as follows:

     1. That the **Unopposed Motion To Vacate and Reset Trial Preparation Conference and Trial** [#34] filed February 11, 2011, is **GRANTED**;

     2. That the Trial Preparation Conference set for October 7, 2011, and the jury trial set to commence are **VACATED** and are **CONTINUED** pending further order of court;

     3. That on **March 8, 2011**, commencing at 10:00 a.m., the court shall conduct a telephonic setting conference to reset the Trial Preparation Conference and jury trial in this matter; and

     4. That counsel for the plaintiff shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

     Dated: February 11, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.